IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*, | : | Bankr. No. 18-10601-MFW |
| | : | (Jointly Administered) |
| Debtors. | : | |
| _____ | : | |
| | : | |
| BRADLEY COOPER, 22nd AND INDIANA, INC., | : | Civ. No. 19-242-MN |
| BRUCE COHEN, BRUCE COHEN PRODUCTIONS, | : | |
| ROBERT DE NIRO, CANAL PRODUCTIONS, INC., | : | |
| DAVID O. RUSSELL, KANZEON CORP., JON | : | |
| GORDON, and JOHN GORDON PRODUCTIONS, INC., | : | |
| | : | |
| Appellants, | : | |
| v. | : | |
| | : | |
| LANTERN ENTERTAINMENT LLC, | : | |
| | : | |
| Appellee. | : | |
| _____ | : | |
| | : | |
| BRUCE COHEN PRODUCTIONS and BRUCE COHEN, | : | Civ. No. 19-243-MN |
| | : | |
| Appellants, | : | |
| v. | : | |
| | : | |
| LANTERN ENTERTAINMENT LLC, | : | |
| | : | |
| Appellee. | : | |

**ORDER**

At Wilmington this 20th day of March 2020:

For the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

1. The Motion for Leave (D.I. 25) is GRANTED.

2. The Order (B.D.I. 2013) is AFFIRMED.

3. The Clerk of the Court is directed to CLOSE Civ. No. 19-242-MN and Civ. No. 19-243-MN.

_____
The Honorable Maryellen Noreika
United States District Judge